NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOSHUA ARMSTRONG,           )
                            )
          Appellant,        )
                            )
v.                          )          Case No. 2D18-1725
                            )
STATE OF FLORIDA,           )
                            )
          Appellee.         )
_____ )

Opinion filed December 12, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Sarasota County; Stephen M.
Walker, Judge.

PER CURIAM.

          Affirmed.  See Keene v. State, 500 So. 2d 592 (Fla. 2d DCA 1986); Harris

v. State, 483 So. 2d 111 (Fla. 2d DCA 1986).

NORTHCUTT, CASANUEVA, and SALARIO, JJ., Concur.